AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

FEB 18 2015

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Paola Eden CERON<br>United States Citizen  YOB: 1992<br>See Attachment A<br>*Defendant* | ) ) ) ) ) | Case No. M-15-0236-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  02/17/2015  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant violated  21  U. S. C. §  841(a)(1) and 952(a) , an offense described as follows:

Knowingly and intentionally possess with intent to distribute approximately 9.62 kilograms of cocaine, a Schedule II controlled substance, and knowingly and intentionally attempted to import into the United States from the United Mexican States approximately 9.62 kilograms of cocaine, a Schedule II controlled substance.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

OK to file. TWT

*Complainant's signature*

Eduardo Casas, Special Agent, DHS-ICE/HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 18, 2015 8:57am

*Judge's signature*

City and state:        McAllen, Texas                Peter Ormsby, U.S. Magistrate Judge
*Printed name and title*

Attachment "A"

On February 17, 2015, Paola Eden CERON applied for entry into the United States (U.S.) from the United Mexican States at the Port of Entry, Hidalgo, Texas (POE Hidalgo). CERON was the driver and sole occupant of a green teal 2008 Hyundai Sonata, displaying Arkansas license plate 437-WPH. Upon querying the license plate, an alert was received indicating vehicle should be making entry with possible contraband. During primary inspection, CERON told CBPO Lisandro Villarreal she owned the vehicle and purchased the vehicle about a month ago from a friend. CERON stated the friend purchased the vehicle from someone in Arkansas, and it was her first time crossing in the vehicle. CERON was subsequently referred into secondary for further inspection.

During secondary inspection, CERON told CBPO Armando Pena she purchased the vehicle a month ago from her friend named "RICHARD." CERON stated she paid $3080.00 (USD) for the vehicle. CBPO Canine Enforcement Officer (CEO) G. Granados utilized his Narcotics Detection Dog (NDD) to conduct a canine sweep of the vehicle. The NDD alerted to the odor of narcotics emanating from rear seat and the trunk area. The vehicle was then x-rayed, which revealed anomalies in the rear cargo area.

Special Agent (SA) Eduardo Casas, Homeland Security Investigations, McAllen, Texas (HSI McAllen), was contacted and responded to the port of entry. Subsequent search of the vehicle led to the discovery and removal of 9 packages of cocaine with a gross weight of 9.62 kilograms concealed in a man-made compartment located in the rear floor area.

SA Casas read CERON her Miranda Rights in the English language from a Statement of Rights form as

witnessed by SA Ernest Baca. CERON stated she understood her rights and agreed to be questioned without the presence of an attorney. CERON stated a week ago an acquaintance named Ruben VALLEJO called her and told her he had some business for her and he was going to pay her. On the previous day, Monday, February 16, 2015, CERON met with VALLEJO in Reynosa. VALLEJO asked her if she could cross a vehicle. VALLEJO told CERON the vehicle contained narcotics and she would be paid $1500.00 (USD). VALLEJO told CERON it was probably five lbs. or kilograms of "Ice." VALLEJO did not tell CERON where it was going to be concealed.

After she crossed into the U.S., CERON was supposed to be contacted by VALLEJO and told where to drop off the vehicle. CERON stated she needed the money because she wanted to purchase a car.